UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BAKER, JESSE BERNSTEIN, MATTHEW DANZIG, JAMES JARRETT, NATHAN MARLOW, and MARK RISK, individually and on behalf of all others similarly situated,<br><br>                Plaintiffs,<br><br>    v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>                Defendant. | Case No. 2:11-cv-00722-RSM<br><br>PLAINTIFFS' MOTION TO DISMISS CASE WITH PREJUDICE<br><br>**Note on Motion Calendar**:<br>October 19, 2012 |

      Plaintiffs move that this action be dismissed with prejudice, with all parties to bear their own costs and fees. This motion is not made pursuant to a settlement agreement.

      After the Court has entered a final order and judgment, Plaintiffs intend to appeal the Court's March 27, 2012 order (Dkt. 32) striking Plaintiffs' class allegations.

      DATED this 25th day of September, 2012.

                                KELLER ROHRBACK L.L.P.

                                By  s/ Amy Williams-Derry
                                    Amy Williams-Derry, WSBA #28711
                                    Mark A. Griffin, WSBA #16296

| | |
|---|---|
| 1 | KELLER ROHRBACK L.L.P. |
| 2 | 1201 Third Avenue, Suite 3200 |
| | Seattle, WA 98101 |
| 3 | Telephone:  (206) 623-1900 |
| 4 | |
| 5 | CHITWOOD HARLEY HARNES LLP |
| | Gregory E. Keller, WSBA #13040 |
| 6 | Darren T. Kaplan |
| | 2300 Promenade II |
| 7 | 1230 Peachtree Street, N.E. |
| | Atlanta, Georgia 30309 |
| 8 | Telephone: (404) 873-3900 |

KOPELOWITZ OSTROW FERGUSON
WEISELBERG KEECHL
   Jeffrey M. Ostrow
   200 S.W. 1st Avenue, 12th Floor
   Fort Lauderdale, FL 33301
   Telephone: (954) 525-4100


STRITMATTER KESSLER WHELAN
COLUCCIO
   Paul L. Stritmatter, WSBA # 4532
   Kevin Coluccio, WSBA # 16245
   Brad J. Moore, WSBA # 21802
   200 Second Avenue West
   Seattle, Washington  98119
   Telephone: (206) 448-1777

WASSERMAN COMDEN CASSELMAN &
ESENSTEN LLP
   Melissa M. Harnett
   Gregory B. Scarlett
   5567 Reseda Blvd, Suite 330
   Tarzana, California 91356
   Telephone: (818) 705-6800
   Facsimile: (818) 996-8266


*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2012, I electronically filed the foregoing PLAINTIFFS' MOTION TO DISMISS CASE WITH PREJUDICE AND [PROPOSED] ORDER with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.  A copy of this document will also be served on the following individual(s) via hand delivery:

    Stephen M. Rummage, WSBA #11168
    Fred B Burnside, WSBA #32491
    John Goldmark
    **DAVIS WRIGHT TREMAINE**
    1201 Third Avenue Suite 2200
    Seattle, WA 98101-3045
    Telephone:  206-757-8016
    Fax:  206-757-7016

DATED this September 25, 2012.

    KELLER ROHRBACK L.L.P.

    By  s/ Amy Williams-Derry
      Amy Williams-Derry, WSBA #28711
      Mark A. Griffin, WSBA #16296
      1201 Third Avenue, Suite 3200
      Seattle, WA 98101
      Telephone: (206) 623-1900
      Fax: (206) 623-3384
      E-mail: mgriffin@kellerrohrback.com
          awilliams-derry@kellerrohrback.com