The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| Seth Baker, et al., | ) | No. 11-cv-00722-RSM |
| | ) | |
| Plaintiffs, | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER GRANTING PLAINTIFFS' |
| | ) | MOTION TO DISMISS WITH |
| | ) | PREJUDICE [DKT. 35] |
| Microsoft Corporation, | ) | |
| | ) | |
| Defendant. | ) | Noted for Consideration: |
| | ) | **October 5, 2012** |

## STIPULATION

The parties, by and through their attorneys of record, stipulate to the Court's entry of the proposed Order set forth below, dismissing this case with prejudice, directing entry of judgment, and reserving questions of appealability. In support of this request, the parties represent the following:

1. Plaintiffs filed this action on April 28, 2011. *See* Dkt. 1.

2. On March 27, 2012, the Court entered its Order on Defendant's Motion to Strike Plaintiffs' Class Allegations, granting Microsoft's Motion to Strike. *See* Dkt. 32.

3. On June 12, 2012, the United States Court of Appeals for the Ninth Circuit entered an Order "in its discretion, den[ying] the [Plaintiffs'] petition for permission to appeal the district court's March 27, 2012 order."

STIPULATION AND ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE (No. 11-cv-0722 RSM) -1
DWT 20443990v3 0025936-001400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

4. On September 25, 2012, Plaintiffs filed a Motion to Dismiss with Prejudice. *See* Dkt. 35. In that Motion, Plaintiffs explained that "[a]fter the Court has entered a final order and judgment, Plaintiffs intend to appeal the Court's March 27, 2012 order (Dkt. 32) striking Plaintiffs' class allegations." *Id.*

5. Microsoft does not intend to oppose Plaintiffs' Motion to Dismiss because Fed. R. Civ. P. 41(a)(1)(A)(i) permits them to dismiss their case voluntarily. Microsoft does contend, however, that Plaintiffs will have no right to appeal the Court's Order striking Plaintiffs' class allegations after entry of their requested dismissal.

6. This Stipulation is not filed pursuant to a settlement agreement, nor was Plaintiffs' Motion to Dismiss filed pursuant to a settlement agreement. The parties have not entered into any settlement of Plaintiffs' claims.

7. Based on the foregoing, the parties stipulate and agree that the Court may enter the following Order dismissing this matter with prejudice, reserving to all parties their arguments as to the propriety of any appeal. Any arguments as to the propriety of an appeal shall be addressed in the United States Court of Appeals for the Ninth Circuit, if and when Plaintiffs file a notice of appeal.

Respectfully submitted this 5th day of October, 2012.

Davis Wright Tremaine LLP

By ___*s/ Stephen M. Rummage*___
    Stephen M. Rummage, WSBA # 11168
    Fred B. Burnside, WSBA # 32491
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 757-8136
    Facsimile: (206) 757-7700

Charles B. Casper
John Papianou
Montgomery, McCracken, Walker & Rhoads, LLP
123 S. Broad Street
Philadelphia, PA 19109

*Attorneys for Microsoft Corporation*

STIPULATION AND ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE (No. 11-cv-0722 RSM) -2
DWT 20443990v3 0025936-001400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

```
 1                KELLER ROHRBACK LLP
 2
 3                By   s/ Amy Williams-Derry
                       Amy Williams-Derry, WSBA #28711
 4                     Mark A. Griffin, WSBA #16296
                       1201 Third Avenue, Suite 3200
 5                     Seattle, WA 98101
                       Telephone: (206) 623-1900
 6
 7                CHITWOOD HARLEY HARNES LLP
                  Gregory E. Keller, WSBA #13040
 8                Darren T. Kaplan
                  2300 Promenade II
 9                1230 Peachtree Street, N.E.
                  Atlanta, Georgia 30309
10                Telephone: (404) 873-3900

11                KOPELOWITZ OSTROW FERGUSON
                  WEISELBERG KEECHL
12                Jeffrey M. Ostrow
                  200 S.W. 1st Avenue, 12th Floor
13                Fort Lauderdale, FL 33301
                  Telephone: (954) 525-4100
14
15                STRITMATTER KESSLER WHELAN
                  COLUCCIO
16                Paul L. Stritmatter, WSBA # 4532
                  Kevin Coluccio, WSBA # 16245
17                Brad J. Moore, WSBA # 21802
                  200 Second Avenue West
18                Seattle, Washington 98119
                  Telephone: (206) 448-1777
19
20                WASSERMAN COMDEN CASSELMAN &
                  ESENSTEN LLP
21                Melissa M. Harnett
                  Gregory B. Scarlett
22                5567 Reseda Blvd, Suite 330
                  Tarzana, California 91356
23                Telephone: (818) 705-6800
                  Facsimile: (818) 996-8266
24
25                Attorneys for Plaintiffs
26
27
```

STIPULATION AND ORDER GRANTING MOTION TO
DISMISS WITH PREJUDICE (No. 11-cv-0722 RSM) -3
DWT 20443990v3 0025936-001400

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

**ORDER**

Based on the foregoing Stipulation, the Court GRANTS Plaintiffs' Motion to Dismiss with Prejudice, with all parties to bear their own costs and fees.  The Court hereby directs the Clerk to enter Judgment accordingly and close this case.

IT IS SO ORDERED.

DATED this _____ day of October, 2012.

_____
Ricardo S. Martinez
United States District Judge

Presented By:

Davis Wright Tremaine LLP
Attorneys for Microsoft Corporation


By __*s/ Stephen M. Rummage*_____
Stephen M. Rummage, WSBA #11168
Fred B. Burnside, WSBA # 32491
1201 Third Avenue, Suite 2200
Seattle, Washington  98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: steverummage@dwt.com
          fredburnside@dwt.com

STIPULATION AND ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE No. 11-cv-00722 RSM) – 4
DWT 20443990v3 0025936-001400

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
(206) 622-3150  Fax: (206) 757-7700

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2012, the foregoing *Stipulation and Order Granting Motion to Dismiss with Prejudice* was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who receive CM/ECF notification, and that the remaining parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED this 5th day of October, 2012.

    DAVIS WRIGHT TREMAINE LLP
    *Attorneys for Def. Microsoft Corporation*

By *s/ Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    1201 Third Avenue, Suite 2200
    Seattle, Washington  98101-3045
    Telephone:  (206) 757-8136
    Fax:  (206) 757-7700
    E-mail:  steverummage@dwt.com

STIPULATION AND ORDER GRANTING MOTION TO DISMISS
WITH PREJUDICE No. 11-cv-00722 RSM) – 5
DWT 20443990v3 0025936-001400

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, Washington  98101
(206) 622-3150  Fax: (206) 757-7700