UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH BAKER, JESSE BERNSTEIN, MATTHEW DANZIG, JAMES JARRETT, NATHAN MARLOW, and MARK RISK, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>MICROSOFT CORPORATION, a Washington Corporation,<br><br>　　　　　　Defendant. | Case No. 2:11-cv-00722-RSM<br><br>NOTICE OF CIVIL APPEAL<br><br>Hon. Ricardo S. Martinez |

Notice is hereby given that Plaintiffs appeals to the United States Court of Appeals for the Ninth Circuit from the Stipulation and Order Granting Plaintiffs' Motion to Dismiss with Prejudice (Dkt. 37) entered in this action on October 16, 2012, and all decisions subsumed in that Stipulation and Order, including the Order on Defendant's Motion to Strike Plaintiffs' Class Allegations (Dkt. 32).

DATED this 15th day of November, 2012.

　　　　　　　　　　　　KELLER ROHRBACK L.L.P.

　　　　　　　　　　　　By  s/ Mark A. Griffin

-1-

Amy Williams-Derry, WSBA #28711
Mark A. Griffin, WSBA #16296
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
Telephone:  (206) 623-1900


CHITWOOD HARLEY HARNES LLP
  Gregory E. Keller, WSBA #13040
  Darren T. Kaplan
  2300 Promenade II
  1230 Peachtree Street, N.E.
  Atlanta, Georgia 30309
  Telephone: (404) 873-3900

KOPELOWITZ OSTROW FERGUSON
WEISELBERG KEECHL
  Jeffrey M. Ostrow
  200 S.W. 1st Avenue, 12th Floor
  Fort Lauderdale, FL 33301
  Telephone: (954) 525-4100


STRITMATTER KESSLER WHELAN
COLUCCIO
  Paul L. Stritmatter, WSBA # 4532
  Kevin Coluccio, WSBA # 16245
  Brad J. Moore, WSBA # 21802
  200 Second Avenue West
  Seattle, Washington  98119
  Telephone: (206) 448-1777

WASSERMAN COMDEN CASSELMAN &
ESENSTEN LLP
  Melissa M. Harnett
  Gregory B. Scarlett
  5567 Reseda Blvd, Suite 330
  Tarzana, California 91356
  Telephone: (818) 705-6800
  Facsimile: (818) 996-8266


*Attorneys for Plaintiffs-Appellants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2012, I electronically filed the foregoing PLAINTIFFS' NOTICE OF CIVIL APPEAL with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification. A copy of this document will also be served on the following individual(s) via hand delivery:

> Stephen M. Rummage, WSBA #11168
> Fred B Burnside, WSBA #32491
> John Goldmark
> **DAVIS WRIGHT TREMAINE**
> 1201 Third Avenue Suite 2200
> Seattle, WA 98101-3045
> Telephone:  206-757-8016
> Fax:  206-757-7016

DATED this November 15, 2012.

    KELLER ROHRBACK L.L.P.

    By  s/ Mark A. Griffin
       Amy Williams-Derry, WSBA #28711
       Mark A. Griffin, WSBA #16296
       1201 Third Avenue, Suite 3200
       Seattle, WA 98101
       Telephone: (206) 623-1900
       Fax: (206) 623-3384
       E-mail: mgriffin@kellerrohrback.com
           awilliams-derry@kellerrohrback.com