The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| SETH BAKER, JESSE BERNSTEIN, MATTHEW DANZIG, JAMES JARRETT, NATHAN MARLOW, and MARK RISK, individually and on behalf of all others similarly situated, | ) ) ) ) ) ) | Case No. 2:11-cv-00722-RSM<br><br>STIPULATION OF DISMISSAL |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| MICROSOFT CORPORATION, a Washington Corporation, | ) ) ) | |
| Defendant. | ) ) ) ) ) | |

**STIPULATION**

Agreeing that the judgment of dismissal this Court previously entered (Dkt. No. 37) has now become res judicata, and that there shall be no further appeals in this case, the parties, by and through their attorneys of record and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to the dismissal and closure of this case.

DATED this 5th day of February, 2018.

-1-

KELLER ROHRBACK L.L.P.

By  s/*Benjamin Gould*
   Amy Williams-Derry, WSBA #28711
   Mark A. Griffin, WSBA #16296
   Benjamin Gould, WSBA #44093
   1201 Third Avenue, Suite 3200
   Seattle, WA 98101
   Telephone: (206) 623-1900

KAPLAN GORE LLP
   Gregory E. Keller, WSBA #13040
   Darren T. Kaplan
   1359 Broadway
   Suite 2001
   New York, NY 10018
   Telephone: (212) 999-7370

KOPELOWITZ OSTROW FERGUSON
WEISELBERG KEECHL
   Jeffrey M. Ostrow
   1 West Las Olas Blvd., 5th Floor
   Fort Lauderdale, Florida 33301
   Telephone: (954) 525-4100

STRITMATTER KESSLER WHELAN
KOEHLER MOORE
   Paul L. Stritmatter, WSBA #4532
   Brad J. Moore, WSBA #21802
   3600 15th Avenue West #300
   Seattle, Washington 98119
   Telephone: (206) 448-1777

ESENSTEN LAW LLP
   Jordan S. Esensten
   12100 Wilshire Blvd., Suite 1660
   Los Angeles, California 90025
   Telephone: (310) 273-3090
   Facsimile: (310) 207-5969

*Attorneys for Plaintiffs*

-2-

DAVIS WRIGHT TREMAINE LLP

By  s/*Stephen M. Rummage*
    Stephen M. Rummage, WSBA #11168
    Fred B. Burnside, WSBA #32491
    John A. Goldmark, WSBA #40980
    1201 Third Avenue, Suite 2200
    Seattle, Washington 98101-3045
    Telephone: (206) 757-8136
    Facsimile: (206) 757-7700

    Charles B. Casper
    John Papianou
    Montgomery, McCracken, Walker & Rhoads, LLP
    123 S. Broad Street
    Philadelphia, PA 19109

    *Attorneys for Defendant Microsoft Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, I electronically filed the foregoing STIPULATION OF DISMISSAL with the Clerk of the court using the CM/ECF system, which will send notification of such filing to all counsel of record who receive CM/ECF notification.

DATED this February 5, 2018.

KELLER ROHRBACK L.L.P.

By  s/ *Benjamin Gould*
    Amy Williams-Derry, WSBA #28711
    Mark A. Griffin, WSBA #16296
    Benjamin Gould, WSBA #44093
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Telephone: (206) 623-1900
    Fax: (206) 623-3384
    E-mail: mgriffin@kellerrohrback.com
           awilliams-derry@kellerrohrback.com
           bgould@kellerrohrback.com