UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 06 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SETH BAKER; et al.,

          Plaintiffs - Appellants,

 v.

MICROSOFT CORPORATION, a
Washington Corporation,

          Defendant - Appellee.

No. 12-35946

D.C. No. 2:11-cv-00722-RSM
U.S. District Court for Western
Washington, Seattle

**MANDATE**

The judgment of this Court, entered January 29, 2018, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7